IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 DEC 13 A 10: 43

_Anthony Keith Vaughn_ 168446
_DEBRA P. HACKETT, CLK_
_U.S. DISTRICT COURT_
_MIDDLE DISTRICT ALA._

Full name and prison number
of plaintiff(s)

v.

_Officer's Scroggins_
_Officer's Aaron_
_Lee County Del. J. Jones Sherriff_

Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. _3:06 cv 1103-WKW_
(To be supplied by Clerk of
U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES (✓) NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES (✓) NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _Anthony Keith Vaughn_

         Defendant(s) _Scroggin - Officers Aaron_
         _Sherriff J. Jones_

      2. Court (if federal court, name the district; if state court, name the county) _Lee Count Justice Center Opelika Al. 36801_

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _Is still pending._

6. Approximate date of filing lawsuit _12-09-06_

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _F-6 Lee County_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Justice Center. Opelika Al. 36801_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   **NAME**                    **ADDRESS**
1. Officer Scroggins
2. Officer's Aaron
3. Sherrif J. Jones
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _12-09-06_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Harrassment - Threatning To Beat me up Again I guess They Receive They paper from jail_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

12-09-06 They came in F-6 where they put me so I can get jump own by these murders and rapist, I don't pose to be own this wing they put me in here so I can get beat up I'm lock up for childsupport that it.

**GROUND TWO:** Descrimenation - Violated My Rights By putting me somewhere I don't suppose to be.

**SUPPORTING FACTS:** Scroggins said he's was going to teach me a lesson by putting me in a cell with these murders rapist robbery, so they can take my tray's and beat me up for him. I pose to be own D-wing where everybody else at with childsupport case. I'm scared they going to kill me I can't sleep.

**GROUND THREE:** Cruel and ususual punishment No heat and paint chipping off wall where the

**SUPPORTING FACTS:** Walls has mildew all over it. sprinkle have paint over it. Inside the showers a box showers has mildew all in it against my health

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

_____

_____

_____*Anthony K. Vaugh*_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on __12-09-06__.
         (Date)

_____*Anthony K. Vaugh*_____
Signature of plaintiff(s)

4

Supporting Facts...                    12-09-06

Cruel and unusual punishment

Once I was taken out of Lock up By officer's Scroggin He put me in a cell where I didn't Belong, I have not committed A Felony, I have child support, He's said He was going to teach me a lesson, not to talk, to him any kind of way. I'm putting you in a cell so you can learn to Respect me, I feel for my life, cause I'm in here with so real murder's and Rapist, I'm really Scared I might not make it through this time cause He has put in word's to beat me up, don't let me eat. I really haven't had a Night sleep since I been in F-6 I'm scared for my life. I Been asking to Be move they keep looking over me, I wrote the mental Health officer told him I need help so I can sleep Cause, I'm in a cell with people who have Shank's knife's I'm Afraid to close my eye's, This is Real Serious J. Jones Really don't know what going own in his Jail cause He's Never come to the Back. He's really don't know how we Living or what filt we are Surrounding By All Midew, paint Chipping wall's floor. No Heat, No full Service of food, go outside once every two weeks, look over Medical attention.

WITNESS TO THIS

*[signatures]*
Rodney R. Cooper
Robert L. Cooper(?)
Mr. Derrick Walker
Ayton Rowell
Benjamin Reeve
George Hudson
Celwin D. Denning(?)
Phillip [illegible]
[illegible signature]
[illegible signature]