## Return Receipt 1

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sheriff Jay Jones
   Lee County Detention Center
   P O Box 2407
   Opelika, AL 36801

   06cv1103

2. Article Number (Transfer from service label): 7005 1160 0001 2962 0518

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature]  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name) / C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Return Receipt 2

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Scroggins
   Lee County Detention Center
   P.O. Box 2407
   Opelika, AL 36801

   06cv1103

2. Article Number (Transfer from service label): 7005 1160 0001 2962 0525

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature]  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name) / C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

## Return Receipt 3

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Officer Aaron
   Lee County Detention Center
   P O Box 2407
   Opelika, AL 36801

   06cv1103

2. Article Number (Transfer from service label): 7005 1160 0001 2962 0501

**COMPLETE THIS SECTION ON DELIVERY**
- A. Signature: X [signature]  ☐ Agent  ☐ Addressee
- B. Received by (Printed Name) / C. Date of Delivery
- D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes