IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **ANTHONY KEITH VAUGHN,** )<br>)<br>    Plaintiff, )<br>)<br>V. )<br>)<br>**OFFICER SCROGGINS, et al.,** )<br>)<br>    Defendants. ) | Civil Action No. 3:06-cv-1103-WKW |

## MOTION FOR EXTENSION OF TIME

COME NOW Lee County, Alabama Sheriff Jay Jones, Officer James Scroggins and Officer Leon Aaron, the Defendants in the above-styled cause, and move this honorable Court for an extension of time in which to file their Special Report. As reasons for so moving, these Defendants state that the gathering of information with which to respond to the Plaintiff's allegations has taken longer than expected, and additional time is needed in order that a full and complete response may be made.

WHEREFORE, Defendants request an extension of time of thirty (30) days in which to file their Special Report.

Respectfully submitted this 24th day of January, 2007.

>  s/Daryl L. Masters
> DARYL L. MASTERS, Bar No. MAS018
> Attorney for Defendants Jay Jones,
> James Scroggins, and Leon Aaron
> WEBB & ELEY, P.C.
> Post Office Box 240909
> 7475 Halcyon Pointe Dr. (36117)
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rrobertson@webbeley.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 24th day of January, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed by United States Mail, postage prepaid, to the following non-CM/ECF participant:

Anthony Keith Vaughn
AIS #168490
Lee County Detention Center
P. O. Box 2407
Opelika, AL  36801

        **s/Daryl L. Masters**
        OF COUNSEL