IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ANTHONY KEITH VAUGHN  *

    Plaintiff,  *

        v.  *  3:06-CV-1103-WKW

OFFICER SCROGGINS, *et al.*,  *

    Defendants.  *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 6) is GRANTED; and

2. Defendants are GRANTED an extension from January 22, 2007 to February 21, 2007 to file their answer and written report.

Done, this 25th day of January 2007.

                        /s/Wallace Capel, Jr.
                        WALLACE CAPEL, JR.
                        UNITED STATES MAGISTRATE JUDGE