**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| **ANTHONY KEITH VAUGHN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Civil Action No. 3:06-cv-1103-WKW |
| ) | |
| **OFFICER SCROGGINS, et al.,** ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO FILE SPECIAL REPORT AND ANSWER**

COME NOW Lee County, Alabama Sheriff Jay Jones, Officer James Scroggins and Officer Leon Aaron, Defendants in the above-styled cause, and move this Court to grant them an extension of time of 7 days in which to file their Special Report and Answer which are currently due on February 21, 2007. As grounds for this Motion, the Defendants state as follows:

1. Defense counsel is in need of additional time to obtain and review additional documents from the Defendants in order to provide the Court with a meaningful Special Report.

2. The Plaintiff will not be prejudiced by this one week extension.

WHEREFORE Defendants request this Court to grant them an extension of time to file their Special Report and Answer on or before February 28, 2007.

Respectfully submitted this 20th day of February, 2007.

                    **s/Ashley Hawkins Freeman**
                    DARYL L. MASTERS, Bar No. MAS018
                    ASHLEY HAWKINS FREEMAN Bar No. FRE044
                    Attorneys for Defendants Jay Jones,
                    James Scroggins, and Leon Aaron
                    WEBB & ELEY, P.C.
                    7475 Halcyon Pointe Drive (36117)
                    Post Office Box 240909
                    Montgomery, Alabama  36124
                    Telephone:  (334) 262-1850
                    Fax:  (334) 262-1889
                    E-mail:  afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this the **20th** day of **February, 2007**, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

                              Anthony Keith Vaughn
                              AIS #168490
                              Lee County Detention Center
                              P. O. Box 2407
                              Opelika, AL  36801

                              **s/Ashley Hawkins Freeman**
                               OF COUNSEL