IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

ANTHONY KEITH VAUGHN         *

    Plaintiff,              *

        v.                  *        3:06-CV-1103-WKW

OFFICER SCROGGINS, *et al.*, *

    Defendants.             *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 8) is GRANTED; and

2. Defendants are GRANTED an extension from February 21, 2007 to February 28, 2007 to file their answer and written report.

Done, this 21st day of February 2007.

                              /s/Wallace Capel, Jr.
                              WALLACE CAPEL, JR.
                              UNITED STATES MAGISTRATE JUDGE

Case 3:06-cv-01103-WKW-WC    Document 9    Filed 02/21/2007    Page 2 of 2